ELLEN M. HOWELL

*v.*

MICHAEL SHURTS.

*Mr. H. S. Harris,* for appellant.

*Mr. John T. Bird,* for respondent.

PER CURIAM.

This decree unanimously affirmed, for reasons given by the chancellor in the case below, *3 Stew. 418.*

---

GEORGE B. BEATTY

*v.*

TRUSTEES OF THE CORY UNIVERSALIST CHURCH.

*Mr. Thomas Kays* and *Mr. H. C. Pitney,* for appellant.

*Mr. A. Q. Keasbey,* for respondent.

PER CURIAM.

This decree unanimously affirmed, for reasons given by the chancellor in the court below, *1 Stew. 570.*